United States Bankruptcy Court
District of Arizona

In re:  
GTC WORKS, LLC  
    Debtor

Case No. 19-04090-PS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 07, 2021      Form ID: 309D      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GTC WORKS, LLC, 929 W CORNELL DR, TEMPE, AZ 85283-2707 |
| aty | | MATTHEW ALLEN SILVERMAN, OFFICE OF THE ATTORNEY GENERAL, 2005 N CENTRAL AVE, PHOENIX, AZ 85004-1592 |
| aty | + | PATRICK T. DERKSEN, WITTHOFT DERKSEN, PC, 3550 N. CENTRAL AVENUE, SUITE 1006, PHOENIX, AZ 85012-2110 |
| intp | + | JMG Solutions, LLC, C/O Adam B. Decker, Esq., 136 W. Main Street 203, Mesa, AZ 85201, US 85201-7351 |
| intp | + | MALCK, C/O Adam B. Decker, Esq., 136 W. Main St. 203, Mesa, AZ 85201, US 85201-7351 |
| 15527038 | + | AKF, Inc. dba Fundkite, 88 Pine St, New York, NY 10005-1801 |
| 16038570 | + | ARIZONA DEPARTMENT OF ECONOMIC SECURITY, UNIT 5881, PO OX 6028, PHOENIX AZ 85005-6028 |
| 15974127 | | ARIZONA DEPARTMENT OF ECONOMIC SECURITY, COLLECTIONS 5881, PO BOX 6028 PHOENIX AZ 85005-6028 |
| 15527043 | + | David J. Szalyga and Anna Rubin, 90 Broad Street, 16th Floor, New York, NY 10004-2205 |
| 15527045 | + | High Speed Capital, LLC, 116 Nassau Street, 8th Floor, New York, NY 10038-2402 |
| 15546280 | + | IOU CENTRAL INC, DBA IOU FINANCIAL, 600 TOWNPARK LANE SUITE 100, KENNESAW GA 30144-3736 |
| 15527061 | + | IOU Central Inc., 600 TownPark Lane, Suite 100, Kennesaw, GA 30144-3736 |
| 15527048 | + | JMG Solutions, LLC, 140 W Warner Rd, Chandler, AZ 85225-3420 |
| 15527047 | + | Jeremy and Charlene Hopewell, 929 W Cornell Dr, Tempe, AZ 85283-2707 |
| 15527049 | + | Lendtek Capital Funding, LLC, 881 Baxter Dr, Suite 100, South Jordan, UT 84095-8506 |
| 15527050 | | MALCK, LLC, 201 Orange Street, Ste. 600, Wilmington, DE 19801 |
| 15527051 | + | NUCO2, 2800 SE Market Place, Stuart, FL 34997-4965 |
| 15527055 | | SRP, P.O. Box 52025, Phoenix, AZ 85072-2025 |
| 15527054 | | Southwest Gas Corporation, PO Box 98512, Las Vegas, NV 89193-8512 |
| 15546309 | + | Southwest Gas Corporation, P.O. Box 1498 - Attn Bankruptcy Desk, Victorville, CA 92393-1498 |
| 15527059 | + | TVT Capital LLC, 8 Hunters Ln, Roslyn, NY 11576-1306 |
| 16302242 | + | The Rubin Law Firm, PLLC, 90 Broad St., Fl. 16, New York, NY 10004-2345 |
| 15527060 | + | Yeshaya Gorkin, 80 Broad Street, Suite 1302, New York, NY 10004-2250 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kgb@kellygblacklaw.com | Jul 07 2021 23:15:00 | KELLY G. BLACK, THE LAW OFFICE OF KELLY G BLACK PLC, 2929 N POWER RD STE 101, MESA, AZ 85215-1746 |
| tr | + | EDI: BJHFORD.COM | Jul 08 2021 03:13:00 | JILL H. FORD, PO BOX 5845, CAREFREE, AZ 85377-5845 |
| smg | | EDI: AZDEPREV.COM | Jul 08 2021 03:13:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 15539669 | + | EDI: AZDEPREV.COM | Jul 08 2021 03:13:00 | ARIZONA DEPARTMENT OF REVENUE, c/o Tax, Bankruptcy and Coll, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| 15527039 | + | EDI: AZDEPREV.COM | Jul 08 2021 03:13:00 | ARIZONA DEPARTMENT OF REVENUE, BANKRUPTCY AND LITIGATION SECTION, c/o 2005 NORTH CENTRAL AVENUE, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PHOENIX, AZ 85004-1592 |
| 15527040 | | EDI: AZDEPREV.COM | Jul 08 2021 03:13:00 | Arizona Department of Revenue, ATTN: Education and Compliance/Lien Dept, PO Box 29070, Phoenix, AZ 85038-9070 |
| 15527042 | | Email/Text: CCICollectionsGlobalForms@cox.com | Jul 07 2021 23:16:44 | Cox Communications, PO Box 53249, Phoenix, AZ 85072-3249 |
| 15527044 | + | EDI: DIRECTV.COM | Jul 08 2021 03:13:00 | DirecTV, LLC, Business Service Center, P.O. Box 410347, Charlotte, NC 28241-0347 |
| 15527041 | | EDI: JPMORGANCHASE | Jul 08 2021 03:13:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 15527052 | + | Email/Text: bankruptcy@ondeck.com | Jul 07 2021 23:17:00 | On Deck Capital, Inc., 101 W Colfax Ave, 10th Floor, Denver, CO 80202-5167 |
| 15525415 | + | Email/Text: bankruptcy@ondeck.com | Jul 07 2021 23:17:00 | On Deck Capital, Inc., 101 West Colfax Ave., 10th Floor, Denver, CO 80202-5167 |
| 15527053 | | Email/Text: bankruptcy@pawneeleasing.com | Jul 07 2021 23:16:00 | Pawnee Leasing Corporation, 3801 Automation Way Suite 207, Fort Collins, CO 80525 |
| 15527056 | | EDI: AISTMBL.COM | Jul 08 2021 03:13:00 | T-Mobile, P.O. Box 37380, Albuquerque, NM 87176-7380 |
| 15527057 | + | Email/Text: collections@timberlandbank.com | Jul 07 2021 23:16:00 | Timberland Bank, 624 Simpson Ave, Hoquiam, WA 98550-3623 |
| 15527058 | + | Email/Text: marisa.sheppard@timepayment.com | Jul 07 2021 23:16:00 | Time Payment Corporation, 1600 District Ave. Suite 200, Burlington, MA 01803-5233 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | ARIZONA DEPARTMENT OF REVENUE, BANKRUPTCY AND LITIGATION SECTION, c/o 2005 NORTH CENTRAL AVENUE, PHOENIX, AZ 85004-1592 |
| 15527046 | *+ | High Speed Capital, LLC, 116 Nassau Street, 8th Floor, New York, NY 10038-2402 |
| aty | ##+ | ADAM B DECKER, Law Offices of Adam B. Decker, PLLC, 1138 N. Alma School Road, Suite 101, MESA, AZ 85201-3003 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2021 at the address(es) listed below:

**Name**  **Email Address**
ADAM B DECKER

on behalf of Interested Party MALCK adam@abdesq.com

ADAM B DECKER
    on behalf of Interested Party JMG Solutions LLC adam@abdesq.com

EDWARD K. BERNATAVICIUS
    on behalf of U.S. Trustee U.S. TRUSTEE edward.k.bernatavicius@usdoj.gov

JILL H. FORD
    jford@trustee.phxcoxmail.com AZ31@ecfcbis.com

KELLY G. BLACK
    on behalf of Debtor GTC WORKS LLC kgb@kellygblacklaw.com, kellygblackplc@gmail.com,r58089@notify.bestcase.com

KELLY G. BLACK
    on behalf of Plaintiff GTC WORKS LLC kgb@kellygblacklaw.com, kellygblackplc@gmail.com,r58089@notify.bestcase.com

MATTHEW ALLEN SILVERMAN
    on behalf of Defendant STATE OF ARIZONA DEPARTMENT OF REVENUE matthew.silverman@azag.gov BankruptcyUnit@azag.gov,hua.qin@azag.gov,michelle.schlosser@azag.gov

MATTHEW ALLEN SILVERMAN
    on behalf of Creditor ARIZONA DEPARTMENT OF REVENUE matthew.silverman@azag.gov BankruptcyUnit@azag.gov,hua.qin@azag.gov,michelle.schlosser@azag.gov

PATRICK T. DERKSEN
    on behalf of Trustee JILL H. FORD pderksen@wdlawpc.com abourassa@wdlawpc.com,kmiller@wdlawpc.com

TOTAL: 9

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | GTC WORKS, LLC <br> Name | EIN: | 47–5015325 |
| United States Bankruptcy Court District of Arizona | | Date case filed in chapter: | 11  4/8/19 |
| Case number: 2:19-bk-04090-PS | | Date case converted to chapter: | 7  6/24/21 |

Official Form 309D (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set    10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | GTC WORKS, LLC | |
| 2. | **All other names used in the last 8 years** | dba GOOD TIME CHARLI'S | |
| 3. | **Address** | 929 W CORNELL DR <br> TEMPE, AZ 85283 | |
| 4. | **Debtor's attorney** <br> Name and address | KELLY G. BLACK <br> THE LAW OFFICE OF KELLY G BLACK PLC <br> 2929 N POWER RD STE 101 <br> MESA, AZ 85215–1746 | Contact phone 480–639–6719 <br> Email: kgb@kellygblacklaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | JILL H. FORD <br> PO BOX 5845 <br> CAREFREE, AZ 85377 | Contact phone 480–575–8250 <br> Email: jford@trustee.phxcoxmail.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | U.S. Bankruptcy Court, Arizona <br> 230 North First Avenue, Suite 101 <br> Phoenix, AZ 85003–1727 | Office Hours: <br> 8:30 am – 4:00 pm Monday–Friday <br><br> Contact Phone: (602) 682–4000 <br> Date: 7/7/21 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | August 3, 2021 at 08:30 AM <br><br> **BY TELEPHONE** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: JILL H. FORD <br> Call in number: 866–704–8215 <br> Passcode: 1059406 |

For more information, see page 2 >

Official Form 309D (For Corporations or Partnerships) Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set    page 1

Case 2:19-bk-04090-PS   Doc 170   Filed 07/07/21   Entered 07/09/21 21:44:34   Desc
Imaged Certificate of Notice   Page 4 of 5

| | | |
|---|---|---|
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim** **Filing deadline: 9/2/21**<br>**(except governmental units):**<br><br>**Deadline for governmental units to file a proof** **Filing deadline: 12/21/21**<br>**of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set** page **2**

Case 2:19-bk-04090-PS    Doc 170    Filed 07/07/21    Entered 07/09/21 21:44:34    Desc
Imaged Certificate of Notice    Page 5 of 5